| | |
|---|---|
| MCCUNE WRIGHT LLP<br>Richard D. McCune (SBN 132124)<br>David C. Wright (SBN 177468)<br>2068 Orange Tree Lane, Suite 216<br>Redlands, CA  92374<br>Telephone:   (909) 557-1250<br>Facsimile:    (909) 557-1275<br>Email:          rdm@mccunewright.com<br>                    dcw@mccunewright.com<br><br>*Attorneys for Plaintiffs M.P.B. and R.G.* | KELLER ROHRBACK LLP<br>Jeffrey Lewis (SBN 66587)<br>Jacob Richards (SBN 273476)<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA  94612<br>Telephone:       (510) 463-3900<br>Facsimile:        (510) 463-3901<br>Email:              jlewis@kellerrohrback.com<br>                        jrichards@kellerrohrback.com<br><br>*Attorneys for Plaintiff L.M.* |
| HAGENS BERMAN SOBOL SHAPIRO LLP<br>Shana E. Scarlett (SBN 217895)<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA  94710<br>Telephone:    (510) 725-3000<br>Facsimile:     (510) 725-3001<br>Email:           shanas@hbsslaw.com<br><br>*Attorneys for Plaintiff Brian Maltese* | BOIES, SCHILLER & FLEXNER LLP<br>Michael A. Brille (admitted *pro hac vice*)<br>Amy J. Mauser (admitted *pro hac vice*)<br>Scott E. Gant (admitted *pro hac vice*)<br>Evan E. North (admitted *pro hac vice*)<br>5301 Wisconsin Ave., NW<br>Washington, DC 20015<br>Telephone:     (202) 237-2727<br>Facsimile:      (202) 237-6131<br>Email:            mbrille@bsfllp.com<br>                      sgant@bsfllp.com<br>                      amauser@bsfllp.com<br>                      enorth@bsfllp.com |
| GIRARD GIBBS LLP<br>Eric H. Gibbs (SBN 178658)<br>David Stein (SBN 257465)<br>Clay Stockton (SBN 284213)<br>505 14th Street, Suite 1110<br>Oakland, CA  94612<br>Telephone:     (510) 350-9700<br>Facsimile:      (510) 350-9701<br>Email:            ehg@classlawgroup.com<br>                      ds@classlawgroup.com<br>                      rcs@classlawgroup.com<br><br>*Attorneys for Plaintiffs C.M. and S.G.* | WILKINSON WALSH + ESKOVITZ LLP<br>Sean Eskovitz (SBN 241877)<br>11726 San Vicente Boulevard, Suite 600<br>Los Angeles, CA 90049<br>Telephone:     (424) 316-4000<br>Facsimile:      (202) 847-4005<br>Email:            seskovitz@wilkinsonwalsh.com<br><br>*Attorneys for Defendant Theranos, Inc.* |
| KAPLAN FOX & KILSHEIMER LLP<br>Laurence D. King (SBN 206423)<br>Linda M. Fong (SBN 124232)<br>350 Sansome Street, Suite 400<br>San Francisco, CA  94104<br>Telephone:     (415) 772-4700<br>Facsimile:      (415) 772-4707<br>Email:            lking@kaplanfox.com<br>                      lfong@kaplanfox.com<br><br>*Attorneys for Plaintiff Bobbie Brown* | WEIL, GOTSHAL & MANGES LLP<br>David R. Singh (SBN 300840)<br>Bambo Obaro (SBN 267683)<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>Telephone:     (650) 802-3000<br>Facsimile:      (650) 802-3100<br>Email:              David.Singh@weil.com<br><br>*Attorneys for Walgreens Boots Alliance, Inc.* |

STIPULATION AND [PROPOSED] ORDER
Case Nos. 4:16-cv-02810-YGR, 4:16-cv-02891-YGR, 4:16-cv-03349-YGR,
4:16-cv-03418-YGR, 4:16-cv-03454-YGR, 4:16-cv-03571-YGR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.P.B., *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>THERANOS, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:16-cv-02810-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED CASES, ORDERING FILING OF A CONSOLIDATED AMENDED COMPLAINT, AND SETTING INITIAL CASE SCHEDULE** |
| R.G., *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>THERANOS, INC., WALGREENS BOOTS ALLIANCE, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:16-cv-02891-YGR |
| C.M. and S.G., *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>THERANOS, INC. and WALGREENS BOOTS ALLIANCE, INC.,<br><br>Defendants. | Case No. 4:16-cv-03349-YGR |

STIPULATION AND [PROPOSED] ORDER
Case Nos. 4:16-cv-02810-YGR, 4:16-cv-02891-YGR, 4:16-cv-03349-YGR,
4:16-cv-03418-YGR, 4:16-cv-03454-YGR, 4:16-cv-03571-YGR

| | |
|---|---|
| BRIAN MALTESE, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br><br>    v.<br><br>THERANOS, INC.<br><br>    Defendant. | Case No. 4:16-cv-03418-YGR |
| BOBBIE BROWN, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br><br>    v.<br><br>THERANOS, INC.<br><br>    Defendant. | Case No. 4:16-cv-03454-YGR |
| L.M., *individually and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br><br>    v.<br><br>THERANOS, INC. and WALGREENS BOOTS ALLIANCE, INC.,<br><br>    Defendants. | Case No. 4:16-cv-3571-YGR |

This stipulation is entered into by and among Plaintiffs M.P.B., R.G., C.M., S.G., Brian Maltese, Bobbie Brown, and L.M. and Defendants Theranos, Inc. ("Theranos") and Walgreens Boots Alliance, Inc. ("Walgreens"), by and through their respective counsel.

WHEREAS, Plaintiffs filed the above actions between May 25, 2016 and June 24, 2016; and

STIPULATION AND [PROPOSED] ORDER
Case Nos. 4:16-cv-02810-YGR, 4:16-cv-02891-YGR, 4:16-cv-03349-YGR,
4:16-cv-03418-YGR, 4:16-cv-03454-YGR, 4:16-cv-03571-YGR

WHEREAS, given the related nature of these cases, the parties are discussing proposals for their coordination, as well as for the coordination of four similar pending putative class actions in the District of Arizona; and

WHEREAS, all parties agree these cases are based on similar factual allegations and legal claims, such that consolidation under Federal Rule of Civil Procedure 42(a) is appropriate; and

WHEREAS, all parties agree that prosecution of Plaintiffs' claims will proceed most efficiently with a single complaint; and

WHEREAS, Plaintiffs believe that Plaintiffs' counsel should be organized in a Court-approved leadership structure, and counsel for all Plaintiffs are engaged in active discussions to determine the best leadership structure for Plaintiffs and the proposed class members;

WHEREAS, the Court has set an Initial Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b); and

WHEREAS, all parties agree, and respectfully submit to the Court, that the Initial Case Management Conference would be more useful and productive once a leadership structure for Plaintiffs' counsel has been determined, and  the Consolidated Amended Complaint has been filed;

IT IS ACCORDINGLY STIPULATED, by and between undersigned counsel, that:

1. The lowest numbered case, Case No. 4:16-cv-02810, shall be restyled *In re Theranos, Inc. Consumer Litigation* and serve as the lead case for filing purposes.  The parties shall file all documents in the docket of that case.  Filed documents shall bear the following caption:

| IN RE THERANOS, INC. CONSUMER LITIGATION | Case No. 4:16-cv-02810-YGR |
|---|---|

STIPULATION AND [PROPOSED] ORDER
Case Nos. 4:16-cv-02810-YGR, 4:16-cv-02891-YGR, 4:16-cv-03349-YGR,
4:16-cv-03418-YGR, 4:16-cv-03454-YGR, 4:16-cv-03571-YGR

1. Within forty-five (45) days of the date of this Stipulation, Plaintiffs shall file either:

    a. a joint motion for appointment of Interim Class Counsel and a leadership structure under Fed. R. Civ. P. 23(g)(3), or

    b. if Plaintiffs are unable to agree on Interim Class Counsel and a leadership structure, individual Rule 23(g)(3) motions, such motions not to exceed five pages, excluding exhibits.

2. Plaintiffs shall file a Consolidated Amended Complaint within thirty days after the Court appoints Interim Class Counsel.

3. Theranos and Walgreens shall answer or otherwise respond to the Consolidated Amended Complaint no more than forty-five days after Plaintiffs file the Consolidated Amended Complaint, and need not answer or respond to any earlier-filed complaint in the consolidated cases.

4. The Initial Case Management Conference, which is currently set for September 26, 2016, would be more useful and productive if it were continued to a date after Plaintiffs file a Consolidated Amended Complaint.

5. Any other actions asserting claims that are the same as or similar to the claims asserted in the above-captioned cases, subsequently filed in, or transferred to, this District shall be consolidated with this action for all purposes.

6. No portion of this stipulation may be used in any way in support of class certification.

7. This stipulation shall be without prejudice to the rights of any party to seek transfer to another judicial district or to seek dismissal of action(s) filed in this district.

Dated: August 19, 2016

| MCCUNE WRIGHT LLP | HAGENS BERMAN SOBOL SHAPIRO LLP |
|---|---|
| /s/ Richard D. McCune | /s/ Shana E. Scarlett |
| Richard D. McCune (SBN 132124) | Shana E. Scarlett (SBN 217895) |

STIPULATION AND [PROPOSED] ORDER
Case Nos. 4:16-cv-02810-YGR, 4:16-cv-02891-YGR, 4:16-cv-03349-YGR,
4:16-cv-03418-YGR, 4:16-cv-03454-YGR, 4:16-cv-03571-YGR

| | |
|---|---|
| Attorney for Plaintiffs M.P.B. and R.G. | Attorney for Plaintiff Brian Maltese |
| GIRARD GIBBS LLP | KAPLAN FOX & KILSHEIMER LLP |
| /s/ Eric H. Gibbs | /s/ Laurence D. King |
| Eric H. Gibbs (SBN 178658) | Laurence D. King (SBN 206423) |
| Attorney for Plaintiffs C.M. and S.G. | Attorney for Plaintiff Bobbie Brown |
| KELLER ROHRBACK LLP | WILKINSON WALSH + ESKOVITZ LLP |
| /s/ Jeffrey Lewis | /s/ Sean Eskovitz |
| Jeffrey Lewis (SBN 66587) | Sean Eskovitz (SBN 241877) |
| Attorney for Plaintiff L.M. | Attorney for Defendant Theranos, Inc. |
| | WEIL GOTSHAL & MANGES LLP |
| | /s/ Diane P. Sullivan |
| | Diane P. Sullivan (admitted *pro hac vice*) |
| | /s/ David R. Singh |
| | David R. Singh (SBN 300840) |
| | Attorneys for Walgreens Boots Alliance, Inc. |

Pursuant to General Order No. 45 Section X(B), all signatories concur in filing this stipulation.

Dated: August 19, 2016          By: /s/ Sean Eskovitz
                                    Sean Eskovitz (SBN 241877)
                                    Attorney for Defendant Theranos, Inc.

STIPULATION AND [PROPOSED] ORDER
Case Nos. 4:16-cv-02810-YGR, 4:16-cv-02891-YGR, 4:16-cv-03349-YGR,
4:16-cv-03418-YGR, 4:16-cv-03454-YGR, 4:16-cv-03571-YGR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.P.B., *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>THERANOS, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:16-cv-02810-YGR<br><br>**[PROPOSED] ORDER** |
| R.G., *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>THERANOS, INC., WALGREENS BOOTS ALLIANCE, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:16-cv-02891-YGR |
| C.M. and S.G., *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>THERANOS, INC. and WALGREENS BOOTS ALLIANCE, INC.,<br><br>Defendants. | Case No. 4:16-cv-03349-YGR |

STIPULATION AND [PROPOSED] ORDER
Case Nos. 4:16-cv-02810-YGR, 4:16-cv-02891-YGR, 4:16-cv-03349-YGR,
4:16-cv-03418-YGR, 4:16-cv-03454-YGR, 4:16-cv-03571-YGR

| | |
|---|---|
| BRIAN MALTESE, *individually and on behalf of all others similarly situated*,<br><br>             Plaintiff,<br><br>    v.<br><br>THERANOS, INC.<br><br>             Defendant. | Case No. 4:16-cv-03418-YGR |
| BOBBIE BROWN, *individually and on behalf of all others similarly situated*,<br><br>             Plaintiff,<br><br>    v.<br><br>THERANOS, INC.<br><br>             Defendant. | Case No. 4:16-cv-03454-YGR |
| L.M., *individually and on behalf of all others similarly situated*,<br><br>             Plaintiff,<br><br>    v.<br><br>THERANOS, INC. and WALGREENS BOOTS ALLIANCE, INC.,<br><br>             Defendants. | Case No. 4:16-cv-3571-YGR |

The Court finds that the six above-captioned cases (*M.P.B. v. Theranos, Inc.*; *R.G. v. Theranos, Inc., et al.*; *C.M., et al. v. Theranos, Inc., et al.*; *Maltese v. Theranos, Inc.*; *Brown v. Theranos, Inc.*; and *L.M. v. Theranos, Inc., et al.*) are based on similar factual allegations and legal claims, such that consolidation will save time and effort. The Court therefore **ORDERS** the above-captioned cases consolidated pursuant to Federal Rule of Civil Procedure 42.

The Court further **ORDERS**:

STIPULATION AND [PROPOSED] ORDER
Case Nos. 4:16-cv-02810-YGR, 4:16-cv-02891-YGR, 4:16-cv-03349-YGR,
4:16-cv-03418-YGR, 4:16-cv-03454-YGR, 4:16-cv-03571-YGR

1. The lowest numbered case, Case No. 4:16-cv-02810, shall be restyled *In re Theranos, Inc. Consumer Litigation* and serve as the lead case for filing purposes. The parties shall file all documents in the docket of that case. Filed documents shall bear the following caption:

| | |
|---|---|
| IN RE THERANOS, INC. CONSUMER LITIGATION | Case No. 4:16-cv-02810-YGR |

1. Within forty-five (45) days of the parties' Stipulation, Plaintiffs shall file either:
    a. a joint motion for appointment of Interim Class Counsel and a leadership structure under Fed. R. Civ. P. 23(g)(3); or
    b. if Plaintiffs are unable to agree on Interim Class Counsel and a leadership structure, individual Rule 23(g)(3) motions, such motions not to exceed five pages, excluding exhibits.
2. Plaintiffs shall file a Consolidated Amended Complaint within thirty days after the Court appoints Interim Class Counsel; and
3. Theranos and Walgreens shall answer or otherwise respond to the Consolidated Amended Complaint no more than forty-five days after Plaintiffs file the Consolidated Amended Complaint, and need not answer or respond to any earlier-filed complaint in the consolidated cases.
4. The Initial Case Management Conference, which is currently set for September 26, 2016, shall be rescheduled for _____, 2016 at _____.m.
5. Any other actions asserting claims that are the same as or similar to the claims asserted in the above-captioned cases, subsequently filed in, or transferred to, this District shall be consolidated with this action for all purposes.
6. No portion of this Order may be used in any way in support of class certification.

STIPULATION AND [PROPOSED] ORDER
Case Nos. 4:16-cv-02810-YGR, 4:16-cv-02891-YGR, 4:16-cv-03349-YGR,
4:16-cv-03418-YGR, 4:16-cv-03454-YGR, 4:16-cv-03571-YGR

7. This Order is entered without prejudice to the rights of any party to seek transfer to another judicial district or to seek dismissal of action(s) filed in this district.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                          Yvonne Gonzalez Rogers
                                          United States District Judge

STIPULATION AND [PROPOSED] ORDER
Case Nos. 4:16-cv-02810-YGR, 4:16-cv-02891-YGR, 4:16-cv-03349-YGR,
4:16-cv-03418-YGR, 4:16-cv-03454-YGR, 4:16-cv-03571-YGR