UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.P.B., *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>THERANOS, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:16-cv-02810-YGR<br><br>[**PROPOSED**] **ORDER** CONSOLIDATING RELATED CASES, ORDERING FILING OF A CONSOLIDATED AMENDED COMPLAINT, AND SETTING INITIAL CASE SCHEDULE |
| R.G., *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>THERANOS, INC., WALGREENS BOOTS ALLIANCE, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:16-cv-02891-YGR |
| C.M. and S.G., *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>THERANOS, INC. and WALGREENS BOOTS ALLIANCE, INC.,<br><br>Defendants. | Case No. 4:16-cv-03349-YGR |

STIPULATION AND [PROPOSED] ORDER
Case Nos. 4:16-cv-02810-YGR, 4:16-cv-02891-YGR, 4:16-cv-03349-YGR,
4:16-cv-03418-YGR, 4:16-cv-03454-YGR, 4:16-cv-03571-YGR

| | |
|---|---|
| BRIAN MALTESE, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br><br>    v.<br><br>THERANOS, INC.<br><br>    Defendant. | Case No. 4:16-cv-03418-YGR |
| BOBBIE BROWN, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br><br>    v.<br><br>THERANOS, INC.<br><br>    Defendant. | Case No. 4:16-cv-03454-YGR |
| L.M., *individually and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br><br>    v.<br><br>THERANOS, INC. and WALGREENS BOOTS ALLIANCE, INC.,<br><br>    Defendants. | Case No. 4:16-cv-3571-YGR |

The Court finds that the six above-captioned cases (*M.P.B. v. Theranos, Inc.*; *R.G. v. Theranos, Inc., et al.*; *C.M., et al. v. Theranos, Inc., et al.*; *Maltese v. Theranos, Inc.*; *Brown v. Theranos, Inc.*; and *L.M. v. Theranos, Inc., et al.*) are based on similar factual allegations and legal claims, such that consolidation will save time and effort. The Court therefore **ORDERS** the above-captioned cases consolidated pursuant to Federal Rule of Civil Procedure 42.

The Court further **ORDERS**:

STIPULATION AND [PROPOSED] ORDER
Case Nos. 4:16-cv-02810-YGR, 4:16-cv-02891-YGR, 4:16-cv-03349-YGR,
4:16-cv-03418-YGR, 4:16-cv-03454-YGR, 4:16-cv-03571-YGR

1. The lowest numbered case, Case No. 4:16-cv-02810, shall be restyled *In re Theranos, Inc. Consumer Litigation* and serve as the lead case for filing purposes. The parties shall file all documents in the docket of that case. Filed documents shall bear the following caption:

| | |
|---|---|
| IN RE THERANOS, INC. CONSUMER LITIGATION | Case No. 4:16-cv-02810-YGR |

1. Within forty-five (45) days of the parties' Stipulation, Plaintiffs shall file either:
   a. a joint motion for appointment of Interim Class Counsel and a leadership structure under Fed. R. Civ. P. 23(g)(3); or
   b. if Plaintiffs are unable to agree on Interim Class Counsel and a leadership structure, individual Rule 23(g)(3) motions, such motions not to exceed five pages, excluding exhibits.
2. Plaintiffs shall file a Consolidated Amended Complaint within thirty days after the Court appoints Interim Class Counsel; and
3. Theranos and Walgreens shall answer or otherwise respond to the Consolidated Amended Complaint no more than forty-five days after Plaintiffs file the Consolidated Amended Complaint, and need not answer or respond to any earlier-filed complaint in the consolidated cases.
4. The Initial Case Management Conference, which is currently set for September 26, 2016, shall be rescheduled for  December 19  , 2016 at  2:00 pm .
5. Any other actions asserting claims that are the same as or similar to the claims asserted in the above-captioned cases, subsequently filed in, or transferred to, this District shall be consolidated with this action for all purposes"wr qp'tvkr wncvkqp.
6. No portion of this Order may be used in any way in support of class certification.

STIPULATION AND [PROPOSED] ORDER
Case Nos. 4:16-cv-02810-YGR, 4:16-cv-02891-YGR, 4:16-cv-03349-YGR,
4:16-cv-03418-YGR, 4:16-cv-03454-YGR, 4:16-cv-03571-YGR

7. This Order is entered without prejudice to the rights of any party to seek transfer to another judicial district or to seek dismissal of action(s) filed in this district.

**IT IS SO ORDERED.**

Dated: August 24, 2016

_____
Yvonne Gonzalez Rogers
United States District Judge

STIPULATION AND [PROPOSED] ORDER
Case Nos. 4:16-cv-02810-YGR, 4:16-cv-02891-YGR, 4:16-cv-03349-YGR,
4:16-cv-03418-YGR, 4:16-cv-03454-YGR, 4:16-cv-03571-YGR