Richard M. Heimann (SBN 063607)
Michael W. Sobol (SBN 194857)
Roger N. Heller (SBN 215348)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: msobol@lchb.com
Email: rheimann@lchb.com
Email: rheller@lchb.com

*Attorneys for Plaintiffs R.G. and A.R.*

Jeffrey Lewis (SBN 66587)
KELLER ROHRBACK L.L.P.
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone:  (510) 463-3900
Facsimile:   (510) 463-3901
Email: jlewis@kellerrohrback.com

*Attorneys for Plaintiffs L.M.*

David Christopher Wright (SBN 132124)
Richard D. McCune, Jr. (SBN 177468)
MCCUNEWRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275
Email: dcw@mccunewright.com
Email: rdm@mccunewright.com

*Attorneys for Plaintiff M.P.B., R.G. and A.R.*

(Additional counsel listed on signature page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THERANOS, INC. CONSUMER LITIGATION | Case No. 4:16-cv-02810-YGR<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDUCE PURSUANT TO FED. R. CIV. P. 41(a)** |

1   All Plaintiffs in this Consolidated case (case numbers 16-cv-02810, 16-cv-02891, 16-cv-03349, 16-cv-03418, and 16-cv-03454, and 16-cv-03571) voluntarily dismiss their claims without prejudice pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. Plaintiffs in those cases also withdraw their motions for appointment as interim lead counsel, Dkt. Nos. 42, 43 & 44.

Plaintiffs will pursue their claims as plaintiffs or proposed class members in the related action pending in the District of Arizona, *In re: Arizona Theranos, Inc. Litigation* (D. AZ. Case No. 2:16-cv-2138-HRH). Plaintiffs have conferred with Defendants, who agree that Federal Rule of Civil Procedure 41(d) does not apply under the circumstances of this dismissal.

Dated: October 26, 2016.           Respectfully submitted,


By: *s/ T. David Copley*
    T. David Copley
    Gretchen Freeman Cappio *(pro hac vice)*
    Lynn Lincoln Sarko *(pro hac vice)*
    KELLER ROHRBACK L.L.P.
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101-3052
    Telephone:  (206) 623-1900
    Facsimile:  (206) 623-3384
    Email: dcopley@kellerrohrback.com
    Email: gcappio@kellerrohrback.com
    Email: lsarko@kellerrohrback.com

    Jeffrey Lewis (SBN 66587)
    Jacob Richards (SBN 273476)
    KELLER ROHRBACK L.L.P.
    300 Lakeside Drive, Suite 1000
    Oakland, CA 94612
    Telephone:  (510) 463-3900
    Facsimile:   (510) 463-3901
    Email: jlewis@kellerrohrback.com
    Email: jrichards@kellerrohrback.com

    Mark D. Samson *(pro hac vice)*
    Christopher Graver *(pro hac vice)*
    KELLER ROHRBACK L.L.P.
    3101 North Central Ave., Suite 1400
    Phoenix, AZ 85012
    Telephone:  (602) 248-0088
    Facsimile:  (602) 248-2822

- 2 -   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - CASE NO. 4:16-CV-02810-YGR

Email: msamson@kellerrohrback.com
Email: cgraver@kellerrohrback.com

***Attorneys for Plaintiffs L.M.;***
***Docket No. 16-cv-03571***

By: *s/ Roger N. Heller*
Richard M. Heimann (SBN 063607)
Michael W. Sobol (SBN 194857)
Roger N. Heller (SBN 215348)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: msobol@lchb.com
Email: rheimann@lchb.com
Email: rheller@lchb.com

David Christopher Wright (SBN 132124)
Richard D. McCune, Jr. (SBN 177468)
Elaine S. Kusel (SBN 269184)
MCCUNEWRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275
Email: dcw@mccunewright.com
Email: rdm@mccunewright.com
Email: esk@mccunewright.com

Joseph G. Sauder *(pro hac vice)*
Matthew D. Schelkopf *(pro hac vice)*
Joseph B. Kenney *(pro hac vice)*
MCCUNEWRIGHT LLP
1055 Westlakes Drive, Suite 300
Berwyn, Pennsylvania 19312
Telephone: (610) 200-0580
Facsimile: (610) 727-4360
Email: jgs@mccunewright.com
Email: mds@mccunewright.com
Email: jkb@mccunewright.com

***Attorneys for Plaintiffs R.G. and A.R.;***
***Docket No. 16-cv-02891***

|   |   |
|---|---|
| 1 | By: *s/ Richard D. McCune, Jr.* |
| 2 | David Christopher Wright (SBN 132124) |
|   | Richard D. McCune, Jr. (SBN 177468) |
| 3 | MCCUNEWRIGHT, LLP |
|   | 2068 Orange Tree Lane, Suite 216 |
| 4 | Redlands, CA 92374 |
|   | Telephone: (909) 557-1250 |
| 5 | Facsimile: (909) 557-1275 |
|   | Email: dcw@mccunewright.com |
| 6 | Email: rdm@mccunewright.com |

***Attorneys for Plaintiff M.P.B.;***
***Docket No. 16-cv-02810***

By: *s/ Eric H. Gibbs*
Eric H. Gibbs (SBN 178658)
Richard Clay Stockton (SBN 284213)
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
Email: rcs@classlawgroup.com

David K. Stein (SBN 257465)
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: ds@girardgibbs.com

James Zouras *(pro hac vice)*
Ryan F. Stephan *(pro hac vice)*
STEPHAN ZOURAS, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, IL 60601
Telephone: (312) 233-1550
Facsimile: (312) 233-1560
Email: jzouras@stephanzouras.com
Email: rstephan@stephanzouras.com

***Attorneys for C.M. & S.G.;***
***Docket No. 16-cv-03349***

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

By: *s/ Robert C. Carey*
Robert B. Carey *(pro hac vice)*
Leonard W Aragon *(pro hac vice)*
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
Email: leonard@hbsslaw.com

Steve W. Berman *(pro hac vice)*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

Shana E. Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: shanas@hbsslaw.com

***Attorneys for Plaintiff Brian Maltese;
Docket No. 16-cv-03418***

By: *s/ Laurence D. King*
Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: lking@kaplanfox.com
Email: lfong@kaplanfox.com

- 5 -   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - CASE NO. 4:16-CV-02810-YGR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Marc A. Wites *(pro hac vice pending)*
WITES & KAPETAN, P.A.
4400 North Federal Highway
Lighthouse Point, FL 33064
Telephone: (954) 570-8989
Facsimile: (954) 354-0205
Email: mwites@wklawyers.com

***Attorneys for Plaintiff Bobbie Brown;
Docket No. 16-cv-03454***

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Amy J. Mauser *(pro hac vice)*<br>Evan E. North *(pro hac vice)*<br>Michael A. Brille *(pro hac vice)*<br>Scott E. Gant *(pro hac vice)*<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Ave NW<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>Email: amauser@bsfllp.com<br>Email: enorth@bsfllp.com<br>Email: mbrille@bsfllp.com<br>Email: sgant@bsfllp.com<br><br>Sean Eskovitz (SBN 241877)<br>WILKINSON WALSH ESKOVITZ LLP<br>11726 San Vicente Blvd., Suite 600<br>Los Angeles, CA 90049<br>Telephone: (424) 316-4000<br>Fax: (202) 847-4005<br>Email: seskovitz@wilkinsonwalsh.com<br><br>***Attorneys for Defendant Theranos, Inc.*** | David R. Singh (SBN 300840)<br>WEIL GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065-1175<br>Telephone: (650) 802-3010<br>Facsimile: (650) 802-3100<br>Email: david.singh@weil.com<br><br>Diane P. Sullivan *(pro hac vice)*<br>WEIL, GOTSHAL & MANGES LLP<br>17 Hulfish Street, Suite 201<br>Princeton, NJ 08542<br>Telephone: (609) 986-1105<br>Facsimile: (609) 986-1199<br>Email: diane.sullivan@weil.com<br><br>***Attorneys for Defendant Walgreens Boots Alliance*** |

By: */s/ T. David Copley*
      T. David Copley