1  Richard M. Heimann (SBN 063607)
   Michael W. Sobol (SBN 194857)
2  Roger N. Heller (SBN 215348)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
5  Email: msobol@lchb.com
   Email: rheimann@lchb.com
6  Email: rheller@lchb.com

7  *Attorneys for Plaintiffs R.G. and A.R.*

8  Jeffrey Lewis (SBN 66587)
9  KELLER ROHRBACK L.L.P.
   300 Lakeside Drive, Suite 1000
10 Oakland, CA 94612
   Telephone: (510) 463-3900
11 Facsimile: (510) 463-3901
12 Email: jlewis@kellerrohrback.com

13 *Attorneys for Plaintiffs L.M.*

14 David Christopher Wright (SBN 132124)
   Richard D. McCune, Jr. (SBN 177468)
15 MCCUNEWRIGHT, LLP
16 2068 Orange Tree Lane, Suite 216
   Redlands, CA 92374
17 Telephone: (909) 557-1250
   Facsimile: (909) 557-1275
18 Email: dcw@mccunewright.com
   Email: rdm@mccunewright.com
19

20 *Attorneys for Plaintiff M.P.B., R.G. and A.R.*

21 (Additional counsel listed on signature page)

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
10/28/2016

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THERANOS, INC. CONSUMER LITIGATION | Case No. 4:16-cv-02810-YGR<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDUCE PURSUANT TO FED. R. CIV. P. 41(a)** |

- 1 -

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - CASE NO. 4:16-CV-02810-YGR

1   All Plaintiffs in this Consolidated case (case numbers 16-cv-02810, 16-cv-02891, 16-cv-
2   03349, 16-cv-03418, and 16-cv-03454, and 16-cv-03571) voluntarily dismiss their claims without
3   prejudice pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. Plaintiffs in those
4   cases also withdraw their motions for appointment as interim lead counsel, Dkt. Nos. 42, 43 & 44.
5   Plaintiffs will pursue their claims as plaintiffs or proposed class members in the related
6   action pending in the District of Arizona, *In re: Arizona Theranos, Inc. Litigation* (D. AZ. Case
7   No. 2:16-cv-2138-HRH). Plaintiffs have conferred with Defendants, who agree that Federal Rule
8   of Civil Procedure 41(d) does not apply under the circumstances of this dismissal.

Dated: October 26, 2016.          Respectfully submitted,


                                  By: *s/ T. David Copley*
                                     T. David Copley
                                     Gretchen Freeman Cappio *(pro hac vice)*
                                     Lynn Lincoln Sarko *(pro hac vice)*
                                     KELLER ROHRBACK L.L.P.
                                     1201 Third Avenue, Suite 3200
                                     Seattle, WA 98101-3052
                                     Telephone:  (206) 623-1900
                                     Facsimile:  (206) 623-3384
                                     Email: dcopley@kellerrohrback.com
                                     Email: gcappio@kellerrohrback.com
                                     Email: lsarko@kellerrohrback.com

                                     Jeffrey Lewis (SBN 66587)
                                     Jacob Richards (SBN 273476)
                                     KELLER ROHRBACK L.L.P.
                                     300 Lakeside Drive, Suite 1000
                                     Oakland, CA 94612
                                     Telephone:  (510) 463-3900
                                     Facsimile:   (510) 463-3901
                                     Email: jlewis@kellerrohrback.com
                                     Email: jrichards@kellerrohrback.com

                                     Mark D. Samson *(pro hac vice)*
                                     Christopher Graver *(pro hac vice)*
                                     KELLER ROHRBACK L.L.P.
                                     3101 North Central Ave., Suite 1400
                                     Phoenix, AZ 85012
                                     Telephone:  (602) 248-0088
                                     Facsimile:  (602) 248-2822

| | |
|---|---|
| 1 | Email: msamson@kellerrohrback.com |
| 2 | Email: cgraver@kellerrohrback.com |

***Attorneys for Plaintiffs L.M.;***
***Docket No. 16-cv-03571***

By: *s/ Roger N. Heller*
Richard M. Heimann (SBN 063607)
Michael W. Sobol (SBN 194857)
Roger N. Heller (SBN 215348)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: msobol@lchb.com
Email: rheimann@lchb.com
Email: rheller@lchb.com

David Christopher Wright (SBN 132124)
Richard D. McCune, Jr. (SBN 177468)
Elaine S. Kusel (SBN 269184)
MCCUNEWRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA  92374
Telephone:  (909) 557-1250
Facsimile:   (909) 557-1275
Email: dcw@mccunewright.com
Email: rdm@mccunewright.com
Email: esk@mccunewright.com

Joseph G. Sauder *(pro hac vice)*
Matthew D. Schelkopf *(pro hac vice)*
Joseph B. Kenney *(pro hac vice)*
MCCUNEWRIGHT LLP
1055 Westlakes Drive, Suite 300
Berwyn, Pennsylvania 19312
Telephone: (610) 200-0580
Facsimile: (610) 727-4360
Email: jgs@mccunewright.com
Email: mds@mccunewright.com
Email: jkb@mccunewright.com

***Attorneys for Plaintiffs R.G. and A.R.;***
***Docket No. 16-cv-02891***

| | |
|---|---|
| 1 | By: *s/ Richard D. McCune, Jr.* |
| 2 | David Christopher Wright (SBN 132124)<br>Richard D. McCune, Jr. (SBN 177468) |
| 3 | MCCUNEWRIGHT, LLP<br>2068 Orange Tree Lane, Suite 216 |
| 4 | Redlands, CA 92374<br>Telephone: (909) 557-1250 |
| 5 | Facsimile: (909) 557-1275<br>Email: dcw@mccunewright.com |
| 6 | Email: rdm@mccunewright.com |
| 7 | |
| 8 | ***Attorneys for Plaintiff M.P.B.;***<br>***Docket No. 16-cv-02810*** |
| 9 | By: *s/ Eric H. Gibbs* |
| 10 | Eric H. Gibbs (SBN 178658)<br>Richard Clay Stockton (SBN 284213) |
| 11 | GIBBS LAW GROUP LLP<br>505 14th Street, Suite 1110 |
| 12 | Oakland, CA 94612<br>Telephone: (510) 350-9700 |
| 13 | Facsimile: (510) 350-9701<br>Email: ehg@classlawgroup.com |
| 14 | Email: rcs@classlawgroup.com |
| 15 | |
| 16 | David K. Stein (SBN 257465)<br>GIRARD GIBBS LLP |
| 17 | 601 California Street, 14th Floor<br>San Francisco, CA 94108 |
| 18 | Telephone: (415) 981-4800<br>Email: ds@girardgibbs.com |
| 19 | |
| 20 | James Zouras *(pro hac vice)*<br>Ryan F. Stephan *(pro hac vice)* |
| 21 | STEPHAN ZOURAS, LLP<br>205 N. Michigan Avenue, Suite 2560 |
| 22 | Chicago, IL 60601<br>Telephone: (312) 233-1550 |
| 23 | Facsimile: (312) 233-1560<br>Email: jzouras@stephanzouras.com |
| 24 | Email: rstephan@stephanzouras.com |
| 25 | ***Attorneys for C.M. & S.G.;*** |
| 26 | ***Docket No. 16-cv-03349*** |

- 4 -

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - CASE NO. 4:16-CV-02810-YGR

|   |   |
|---|---|
| 1 | By: *s/ Robert C. Carey* |
| 2 | Robert B. Carey *(pro hac vice)* |
|   | Leonard W Aragon *(pro hac vice)* |
| 3 | HAGENS BERMAN SOBOL SHAPIRO LLP |
|   | 11 West Jefferson Street, Suite 1000 |
| 4 | Phoenix, AZ 85003 |
|   | Telephone: (602) 840-5900 |
| 5 | Facsimile: (602) 840-3012 |
|   | Email: rob@hbsslaw.com |
| 6 | Email: leonard@hbsslaw.com |

         Steve W. Berman *(pro hac vice)*
         HAGENS BERMAN SOBOL SHAPIRO LLP
         1918 Eighth Avenue, Suite 3300
         Seattle, WA 98101
         Telephone: (206) 623-7292
         Facsimile: (206) 623-0594
         Email: steve@hbsslaw.com

         Shana E. Scarlett (SBN 217895)
         HAGENS BERMAN SOBOL SHAPIRO LLP
         715 Hearst Avenue, Suite 202
         Berkeley, CA 94710
         Telephone: (510) 725-3000
         Facsimile: (510) 725-3001
         Email: shanas@hbsslaw.com

         ***Attorneys for Plaintiff Brian Maltese;***
         ***Docket No. 16-cv-03418***

By: *s/ Laurence D. King*
         Laurence D. King (SBN 206423)
         Linda M. Fong (SBN 124232)
         KAPLAN FOX & KILSHEIMER LLP
         350 Sansome Street, Suite 400
         San Francisco, CA 94104
         Telephone: 415-772-4700
         Facsimile: 415-772-4707
         Email: lking@kaplanfox.com
         Email: lfong@kaplanfox.com

Marc A. Wites *(pro hac vice pending)*
WITES & KAPETAN, P.A.
4400 North Federal Highway
Lighthouse Point, FL 33064
Telephone: (954) 570-8989
Facsimile: (954) 354-0205
Email: mwites@wklawyers.com

***Attorneys for Plaintiff Bobbie Brown;***
***Docket No. 16-cv-03454***